UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Courtney Boggus v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12149-DRH |
| *Kelly Engle v. Bayer Corp., et al.* | No. 3:11-cv-11024-DRH |
| *Melanie Gardner-Boyd v. Bayer Corp., et al.* | No. 3:10-cv-13581-DRH |
| *Jewel Goodyear v. Bayer Corp., et al.* | No. 3:11-cv-11457-DRH |
| *Stacy L. Gordon, et al. v. Bayer Corp., et al.* | No. 3:11-cv-11835-DRH |
| *Julie Kinsolving v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11550-DRH |
| *Jessica Pinales and Jesus Pinales v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11734-DRH |
| *Lashey Richardson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10384-DRH |
| *Holly Sanchez v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11124-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on defendant's

Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order

granting the defendant's Motion to Dismiss entered on June 25, 2013, the above

captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                             **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                             **BY:**   **/s/*Sara Jennings*
                  Deputy Clerk**

Dated: June 25, 2013

David R. Herndon
2013.06.25
15:26:23 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT